# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Orenstein, James | U.S. District Court, E.D.N.Y. | 01/23/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full-time) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct professor | New York University School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 01/23/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2016 | New York University School of Law | $27,495.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Department of Justice -- U.S. Attorney's Office, Eastern District of New York |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | United States Judiciary -- Federal Judicial Center | April 27-28 and July 25-27, and October 23-24, 2016 | Charleston SC/San Diego, CA | Participate in panels at FJC workshop for judges | Travel, lodging, food |
| 2. | United States Judiciary -- Pretrial Services Agency | May 31-June 3, 2016 | Anaheim, CA | Attend conference on treatment courts for judges and practitioners | Travel, lodging, food |
| 3. | United States Judiciary -- Federal Judicial Center | October 23-24, 2016 | Washington, DC | Participate in panel at FJC workshop for judges | Travel, lodging, food |
| 4. | American Bar Association | November 14-15, 2016 | Washington, DC | Participate in panel discussion at ABA conference on national security | Travel, lodging, food |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Orenstein, James** | 01/23/2018 |

| 5. | United States Judicary -- Federal Judicial Center | December 14-16, 2016 | Atlanta, GA | Attend workshop on settlement in complex and multidistrict litigation | Travel, lodging, food |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Robert Jones | Tickets to Carnegie Hall concert & dinner | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Department of Education Direct Loan Servicing | Family member's student loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 01/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase bank accounts (with Family Member #2) | A | Interest | K | T | | | | | |
| 2. IBM | A | Dividend | K | T | | | | | |
| 3. Verizon | A | Dividend | J | T | | | | | |
| 4. Frontier Communications Corp. (x) | A | Dividend | K | T | | | | | |
| 5. Nathan Family Real Estate Trust (as appraised on 11/12/2008) | | None | K | Q | | | | | |
| 6. JO UBS ACCT (...12) | A | Dividend | J | T | | | | | |
| 7. --UBS Bank USA Deposit Acct. | | None | J | T | | | | | |
| 8. -- UNTS FT TGT VIP 1Q 15 | | None | | | Redeemed | 04/13/16 | J | | |
| 9. -- Vanguard High Divid Yield ETF | A | Dividend | J | T | Buy | 04/19/16 | J | | |
| 10. JO UBS ACCT (...83) | | None | N | T | | | | | |
| 11. -- JPMorgan 529 Moderate Growth Portfolio Fund Class A | | None | N | T | | | | | |
| 12. JO UBS ROTH (...47) | E | Int./Div. | O | T | | | | | |
| 13. --UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 14. -- Alphabet Class A | | None | K | T | | | | | |
| 15. -- Alphabet Class C | | None | K | T | | | | | |
| 16. -- Biogen Inc. | | None | | | Sold | 09/28/16 | K | A | |
| 17. -- Celgene Corp. | | None | | | Sold | 09/28/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 01/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Goldman Sachs ActiveBeta US Large Cap Fund | A | Dividend | L | T | Buy | 09/28/16 | L | | |
| 19. --Ishares Trust Core S&P Smallcap | A | Dividend | K | T | | | | | |
| 20. --SPDR S&P Midcap 400 | A | Dividend | K | T | | | | | |
| 21. -- Fidelity Advisor Real Estate Income Fund Class I | A | Dividend | K | T | Buy | 09/26/16 | K | | |
| 22. --Fidelity Advisor New Insights Fund | C | Dividend | L | T | | | | | |
| 23. --Nuveen Quality Preferred Income Fund 2 | A | Dividend | | | Merged (with line 25) | 05/10/16 | J | | See note, part VIII |
| 24. --Nuveen Quality Preferred Income Fund | A | Dividend | | | Merged (with line 25) | 05/10/16 | J | A | See note, part VIII |
| 25. -- Nuveen Preferred Securities Income Fund | A | Dividend | K | T | Open | 05/10/16 | J | | See note, part VIII |
| 26. -- Pimco Corporate & Income Oppor Fund | A | Dividend | K | T | Buy | 09/28/16 | K | | |
| 27. -- Pioneer High Income Trust | A | Dividend | K | T | Buy | 09/28/16 | K | | |
| 28. -- Western Asset High Inscome Fund II | A | Dividend | K | T | Buy | 09/28/16 | K | | |
| 29. --AB (Alliance Bernstein) High Income Fund | C | Dividend | L | T | | | | | |
| 30. --Putnam Diversified Income Trust | B | Dividend | K | T | | | | | |
| 31. -- Templeton Global Total Return Class A | A | Dividend | K | T | | | | | |
| 32. -- Dreyfus Global Real Return Fund I | A | Dividend | K | T | Buy | 09/26/16 | K | | |
| 33. -- Invesco Balanced-Risk Allocation Fund A | B | Dividend | K | T | Sold (part) | 10/28/16 | J | | |
| 34. -- Nuveen Real Asset Income Fund Class A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 01/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Putnam Capital Spectrum A | | None | | | Sold | 09/26/16 | K | | |
| 36. FAMILY #2 UBS ROTH (...48) | C | Dividend | M | T | | | | | |
| 37. -- UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 38. -- American Funds Capital World Growth & Income Fund Cl A | B | Dividend | J | T | | | | | |
| 39. -- American Funds New World Fund Cl A | A | Dividend | J | T | | | | | |
| 40. -- American Funds Smallcap World Fund Cl A | A | Dividend | K | T | | | | | |
| 41. -- American Funds Euro Pacific Growth Fund Cl A | A | Dividend | J | T | | | | | |
| 42. -- American Funds Growth Fund of America Cl A | B | Dividend | K | T | Buy (add'l) | 01/13/16 | J | | |
| 43. -- American Funds New Perspective Fund Cl A | A | Dividend | J | T | | | | | |
| 44. -- American Funds Washington Mutual Investors Fund Cl A | B | Dividend | K | T | | | | | |
| 45. -- Kern County CA Municipal Bond | | None | K | T | | | | | |
| 46. -- American Funds American Balanced Fund Cl A | A | Dividend | J | T | | | | | |
| 47. -- American Funds Income Fund of America | A | Dividend | K | T | | | | | |
| 48. JO UBS ACCT (...29) | | None | N | T | | | | | |
| 49. -- CollegeAmerica 529 Bond Fund of America | | None | K | T | | | | | |
| 50. -- CollegeAmerica 529 Capital World Growth & Income Fund | | None | L | T | | | | | |
| 51. -- CollegeAmerica 529 Euro Pac Growth Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 01/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- CollegeAmerica 529 Growth Fund of America | | None | L | T | | | | | |
| 53. -- CollegeAmerica 529 Income Fund of America | | None | K | T | | | | | |
| 54. -- CollegeAmerica 529 New Perspective Fund | | None | K | T | | | | | |
| 55. -- CollegeAmerica 529 Smallcap World Fund | | None | K | T | | | | | |
| 56. -- CollegeAmerica 529 Washington Mutual Investors Fund | | None | L | T | | | | | |
| 57. JOINT UBS ACCT (...48) | B | Interest | P1 | T | | | | | |
| 58. -- UBS Bank USA Dep Acct | A | Int./Div. | K | T | | | | | |
| 59. -- UNTS FT TGT VIP 1Q 15 | | None | | | Redeemed | 04/13/16 | J | | |
| 60. -- Sallie Mae Ednotes Callable | A | Interest | J | T | | | | | |
| 61. -- Dry Creek CA Municipal Bond | | None | J | T | | | | | |
| 62. -- Yorba Linda CA Municipal Bond | | None | K | T | | | | | |
| 63. -- DC Washington Mandarin Hotel Municipal Bond | | None | K | T | | | | | |
| 64. -- Adams 12 Five Star Schs Colo Municipal Bond | | None | | | Redeemed | 12/15/16 | K | | |
| 65. -- New York City SR A Municipal Bond | | None | J | T | | | | | |
| 66. -- Brock Tex Indpt Sch Dst Municipal Bond | | None | | | Redeemed | 08/15/16 | K | | |
| 67. -- Medina Valley TX Municipal Bond | | None | K | T | Sold (part) | 12/05/16 | J | A | |
| 68. -- Utah Tran Auth Sales Tax Municipal Bond | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Chicago IL Bd of Ed Municipal Bond | | None | L | T | | | | | |
| 70. -- Athens-Clarke County GA Municipal Bond | A | Interest | K | T | | | | | |
| 71. -- Monterey Peninsula CA Municipal Bond | | None | | | Sold | 06/08/16 | K | C | |
| 72. -- Chicago IL Lakefront Municipal Bond | | None | K | T | | | | | |
| 73. -- NJ Trans Trust Municipal Bonds | | None | M | T | | | | | |
| 74. -- Wentzville Mo Sch Municipal Bond | | None | K | T | Sold (part) | 04/25/16 | K | C | |
| 75. -- St Johns Cnty FL Wtr Swr Sr B Municipal Bond | | None | | | Sold | 04/25/16 | K | B | |
| 76. -- Escondido CA UHSD Municipal Bond | | None | K | T | | | | | |
| 77. -- San Joaquin Delta Comnty Ser B Municipal Bond | | None | L | T | | | | | |
| 78. -- Denton TX Indep Sch Municipal Bond | | None | | | Redeemed | 08/15/16 | K | | |
| 79. -- Mesquite TX ISD Municipal Bond | | None | J | T | Sold (part) | 04/25/16 | K | A | |
| 80. -- Ennis TX Indpt Sch Dst Municipal Bond | | None | | | Redeemed | 08/15/16 | J | A | |
| 81. -- John Hancock New York Venture Annuity (see components lines 82-91) | | None | N | T | | | | | |
| 82. ----Van Kampen Value fund (17.20%) | | None | L | T | | | | | |
| 83. ---- Fundamental Large Cap fund (13.40%) | | None | K | T | | | | | |
| 84. ---- Small Cap Value fund (11.70%) | | None | K | T | | | | | |
| 85. ---- High Yield fund (11.00%) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 01/23/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ---- Mid Cap Index fund (10.50%) | | None | K | T | | | | | |
| 87. ---- 500 Index B fund (10.30%) | | None | K | T | | | | | |
| 88. ---- Wellington Mid Cap fund (7.70%) | | None | K | T | | | | | |
| 89. ---- Core Bond fund (7.50%) | | None | K | T | | | | | |
| 90. ---- Templeton-Global fund (6.90%) | | None | K | T | | | | | |
| 91. ---- Templeton-Int'l Value fund (4.00%) | | None | J | T | | | | | |
| 92. -- Lincoln Life Moneyguard Reserve | | None | M | T | | | | | |
| 93. JOINT UBS ACCT (...49) | E | Int./Div. | P1 | T | | | | | |
| 94. -- UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 95. -- AT&T Inc | B | Dividend | K | T | | | | | |
| 96. -- Reynolds Amern Inc. | A | Dividend | K | T | | | | | |
| 97. -- Salesforce.com Inc | | None | K | T | | | | | |
| 98. -- Ishares S&P 500 Value ETF | B | Dividend | K | T | Buy | 01/13/16 | K | | |
| 99. -- Ishares S&P 500 Growth ETF | A | Dividend | K | T | Buy | 01/12/16 | K | | |
| 100. -- Fidelity Advisor Biotechnology Fund | | None | | | Sold (part) | 06/06/16 | J | | |
| 101. | | | | | Sold | 08/02/16 | K | | |
| 102. -- Fidelity Advisor New Insights Fund Cl A | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 01/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Henderson Global Equity Income Fund Cl A | C | Dividend | | | Sold | 12/15/16 | L | | |
| 104. -- Henderson International Opportunities Fund Class I | B | Dividend | L | T | Buy | 12/16/16 | L | | |
| 105. -- Hennessy Cornerstone Growth Fund Institutional Class | | None | L | T | | | | | |
| 106. -- JP Morgan U.S. Large Cap Core Plus Fund A | C | Dividend | L | T | | | | | |
| 107. -- Neuberger Berman Equity Income Fund Class A | C | Dividend | M | T | | | | | |
| 108. -- Neuberger Berman Intrinsic Value Fund Class A | A | Dividend | L | T | | | | | |
| 109. -- Oakmark Fund Class I | B | Dividend | L | T | | | | | |
| 110. -- Salient MLP Energy Infrastructure II Class I | C | Dividend | L | T | Sold (part) | 06/06/16 | J | B | |
| 111. -- Virtus Emerging Markets Opportunities Fund Class I | A | Dividend | K | T | | | | | |
| 112. -- Deutsche Floating Rate Fund Class S | A | Dividend | | | Sold | 02/29/16 | K | | |
| 113. -- Loomis Sayles Strategic Income Fund Class A | B | Dividend | K | T | | | | | |
| 114. -- Lord Abbett Floating Rate Fund | B | Dividend | K | T | | | | | |
| 115. -- Nuveen High Yield Municipal Bond Fund I | A | Dividend | | | Buy | 08/29/16 | K | | |
| 116. | | | | | Sold | 12/15/16 | K | A | |
| 117. -- Nuveen Limited Term Municipal Bond Fund Class I | | None | K | T | Buy | 12/16/16 | K | | |
| 118. -- Gateway Fund Class Y | A | Dividend | L | T | | | | | |
| 119. -- Neuberger Berman Long Short Fund Class A | | None | K | T | Sold (part) | 06/06/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 01/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 10/28/16 | J | A | |
| 121. -- First Eagle Global Fund Class A | C | Dividend | L | T | | | | | |
| 122. JO/FAMILY #3 UBS ACCT (...77) | B | Dividend | K | T | | | | | |
| 123. -- UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 124. -- Amer Funds Capital World Growth & Income Fund Cl A | B | Dividend | K | T | | | | | |
| 125. JO/FAMILY #4 UBS ACCT (...79) | B | Dividend | K | T | | | | | |
| 126. -- UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 127. -- Amer Funds Capital World Growth & Income Fund Cl A | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 01/23/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, generally: For all asset sales resulting in a loss or no net gain, I have left Column D(4) blank. I have reported all divident income, including dividents that were reinvested; however, pursuant to the Committee's instructions, I no longer separately report reinvestment transactions.

Part VII, line 5: The valuation of my share of the Nathan Family Real Estate Trust is based on an appraisal of the value of the property held in trust as of January 23, 2008 (the date I inherited my share). The appraisal was reported on November 12, 2008.

Part VII, lines 23-25: On May 10, 2016, my holdings previously reported as, respectively, "Nuveen Quality Preferred Income Fund" and "Nuveen Quality Preferred Income Fund 2" were merged into a new fund under the name "Nuveen Preferred Securities Income Fund." The merger resulted in an adjustment of my holdings that generated less than one dollar in capital gains, which I have reported as a partial sale on line 24.

Part VII, line 81: Specific investment funds within the variable poriton of the John Hancock New York Venture Annuity are listed in lines 82-91, along with the percentage each fund represents in the value of the total portfolio. I have estimated the value of each component fund by multiplying the reported percentage by the total reported value of the annuity as of December 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James Orenstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544